UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| YAW ACHEAMPONG, JR.<br><br>                Plaintiff,<br>v.<br><br>MIDLAND CREDIT<br>MANAGEMENT, INC.,<br>                Defendant. | Civil Action No. |

## NOTICE OF REMOVAL

To:   Clerk - United States District Court for the
       District of Maryland, Southern Division

**PLEASE TAKE NOTICE THAT**, on this date, Defendant Midland Credit Management, Inc. ("Midland"), pursuant to 28 U.S.C. § 1441(b) and 28 U.S.C. § 1331, hereby removes the above captioned matter to this Court from the District Court of Maryland for Prince George's County. In support thereof, Midland avers as follows:

    1.    On or about January 31, 2012, Plaintiff filed a Complaint in the District Court of Maryland for Prince George's County, at case number 050200033502012. (A true and correct copy of Plaintiff's Complaint is attached hereto and marked as Exhibit "A").

    2.    Midland was served with Plaintiff's Complaint on March 5, 2012.

3. Plaintiff's Complaint alleges that Midland violated the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, et seq. by reporting allegedly false information to a credit bureau.

4. Based on the foregoing, Midland has timely filed this Notice of Removal within thirty days of being served with the Complaint and within thirty days of the date that the Action was first removable. See 28 U.S.C. § 1446(b).

5. The current action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by Midland pursuant to the provisions of 28 U.S.C. § 1441(b), in that Plaintiff has alleged, *inter alia,* that Midland violated the Fair Debt Collections Practices Act, 15 U.S.C. § 1692, et seq., thereby asserting claims that arise under federal law.

6. In that the causes of action alleged by Plaintiff arise from the performance of obligations of the parties within Prince George's County, Maryland, the United States District Court for the District of Maryland, Southern Division, should be assigned the Action.

7. Midland, upon filing this Notice of Removal in the office of the Clerk of the United States District Court for the District of Maryland, Southern Division, has also caused to be filed copies of this Notice with the

Clerk of Court for the District Court of Maryland for Prince George's County to effect removal of this action pursuant to §1446(d).

**WHEREFORE**, Midland Credit Management, Inc. hereby notifies this Honorable Court that this action is removed from the District Court of Maryland for Prince George's County to the United States District Court for the District of Maryland, Southern Division, pursuant to the provisions of 28 U.S.C. §§1331, and 1446.

Respectfully submitted,

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN, P.C.**

By: _____
LAUREN M. BURNETTE, ESQUIRE
Attorney No. 29597
4200 Crums Mill Road, Suite B
Harrisburg, PA 17112
(717) 651-3703
lmburnette@mdwcg.com
Attorneys for Defendant
Midland Credit Management, Inc.

Dated: March 16, 2012

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| YAW ACHEAMPONG, JR.<br><br>     Plaintiff,<br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>     Defendant. | Civil Action No. |

## PROOF OF MAILING

  I hereby certify that on March 16, 2012, the original of the within Notice of Removal was sent to the Clerk of the United States District Court for the District of Maryland, Civil Division, to be filed and that a copy of the same was forwarded to the following interested persons as follows:

## NAME AND ADDRESS

Yaw Acheampong, Jr.
3892 St. Barnabas Road.
#103
Suitland, MD 20746

*Pro Se Plaintiff*

Clerk
District Court for Prince George's County, Maryland
14735 Main Street
Upper Marlboro, MD 20772

## VERIFICATION

I certify that the foregoing statements made by me are true. I understand that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

By: _____
LAUREN M. BURNETTE, ESQUIRE
Attorneys for Defendants

Dated: March 16, 2012