# DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY

**LOCATED AT (COURT ADDRESS)**

**CASE NO:** CV

**COMPLAINT** ☐ $5,000 or under ☐ over $5,000 ☐ over $10,000

Clerk Please docket this case in an action of ☐ contract ☐ tort ☐ replevin ☐ detinue ☐ bad faith insurance claim

**The particulars of this case are:**

MIDLAND CREDIT HAS PLACE A FALSE ACCOUNT ON MY CREDIT FILE THAT HAS COST ME TO BE DECLINED A $35,000 LOAN FROM CAPITAL ONE BANK. MIDLAND CREDIT MANAGEMENT CLAIMS I OWNED THEM $1,070 WHICH IS FALSE. THIS FALSE STATEMENT HAS DECREASED MY CREDIT SCORE TO BE DROP FROM 655 T 571 IT HAS MADE CAPITAL DECLINED A LOAN FOR MY SMALL BUSINESS.

(See Continuation Sheet)

## PARTIES

**Plaintiff:**
YAW ACHEAMPONG, JR
3829 ST. BARNABAS ROAD 103
SUITLAND, MD, 20746

**VS**

**Defendant(s):**

1. MIDLAND CREDIT MANAGEMENT INC.
   Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

2. LAWYERS INCORPORATING SERVICE COMPANY
   7 ST. PAUL STREET SUITE 1660 BALTIMORE, MD 21202
   Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

3. (blank)

4. (blank)

☐ Legal
☐ Contractual _____ %

The Plaintiff claims
☐ $30,000 plus interest of $ 9 %/₀ and attorney's fees of $_____ plus court costs
☐ Return of the property and damages of $_____ for its detention in an action of replevin
☐ Return of the property, or its value, plus damages of $_____ for its detention in action of detinue
☐ Other _____
and demands judgment for relief

Signature of Plaintiff/Attorney/Attorney Code

Telephone Number 571-527-7813

## ATTORNEYS
For Plaintiff - Name, Address, Telephone Number & Code

## MILITARY SERVICE AFFIDAVIT

☐ Defendant(s) _____ is/are in the military service
☒ No Defendant is in the military service   The facts supporting this statement are _____

*Specific facts must be given for the Court to conclude that each Defendant who is a natural person is not in the military*

☐ I am unable to determine whether or not any Defendant is in military service

I hereby declare or affirm under the penalties of perjury that the facts and matters set forth in the aforegoing Affidavit are true and correct to the best of my knowledge, information, and belief

Date: 1-31-12

Signature of Affiant

## APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT

Attached hereto are the indicated documents which contain sufficient detail as to liability and damage to apprise the Defendant clearly of the claim against the Defendant, including the amount of any interest claimed

☐ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest worksheet
☐ Vouchers ☐ Check ☐ Other written document ☐ _____ ☐ Verified itemized repair bill or estimate
I HEREBY CERTIFY That I am the ☐ Plaintiff ☐ _____ of the Plaintiff herein and am competent to testify to the matters stated in this complaint, which are made on my personal knowledge, that there is justly due and owing by the Defendant to the Plaintiff the sum set forth in the Complaint

I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the above Complaint are true and I am competent to testify to these matters

Date: 1-31-12

Signature of Affiant