**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **YAW ACHEAMPONG, JR.** * | |
| * | |
| Plaintiff, * | |
| v. * | Civil No. **12-770** |
| * | |
| **MIDLAND CREDIT MANAGEMENT,** * | |
| **INC.** * | |
| * | |
| Defendant. * | |

# O R D E R

Upon consideration of Defendant's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 41(B) or, In the Alternative, Motion for Sanctions Pursuant to Fed. R. Civ. P. 37 [Dkt. 14], no opposition being filed thereto, and upon Consideration of the Court's Order to Show Cause [Dkt. 15], to which Plaintiff has not responded, it is, this 27th day of November

**ORDERED**

1. Defendant's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 41(B) is **GRANTED**;

2. Defendant's Alternative Motion for Sanctions Pursuant to Fed. R. Civ. P. 37 is **DENIED**; and

3. The Clerk shall **CLOSE** this case.

                                                     /s/
                                    **PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE**